1  Robert J. Romero (SBN 136539)
   rromero@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone: 415-362-6000
4  Facsimile: 415-834-9070

5  Ray Tamaddon (SBN 144494)
   rtamaddon@hinshawlaw.com
6  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
7  Los Angeles, CA 90025
   Telephone: 310-909-8000
8  Facsimile: 310-909-8001

9  Attorneys for Plaintiff
   JAMES RIVER INSURANCE COMPANY
10

11 James Diefenbach (SBN 286177)
   DIEFENBACH LAW GROUP
12 11835 Carmel Mtn. Road, Suite 1304-313
   San Diego, CA 92128
13 858/524-4950

14 Attorneys for Defendant
   T.B. Penick & Sons, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INS. CO., | Case No.: 1:19-CV-00376-LJO-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND |
| vs. | |
| DISCOVERY GLASS, INC., et al., | (Second Request) |
| Defendants. | |

    Plaintiff James River Ins. Co. ("James River") and Defendant T.B. Penick & Sons, Inc. ("Penick"), by and through counsel, stipulate and agree as follows:

    WHEREAS, James River, in the instant action, seeks declarations regarding insurance coverage available under insurance policies it issued in connection with underlying litigation;

WHEREAS, by virtue of a prior stipulation, the current deadline for Penick to respond to the Complaint is May 27, 2019;

WHEREAS, Penick intends to file a response to this suit and needs additional time to coordinate the retention of counsel to do so;

WHEREAS, at Penick's request, James River is amenable to afford Penick additional time to respond to the Complaint.

WHEREFORE, James River and Penick (collectively "Parties") stipulate and agree, subject to this Court's approval, that Penick may be afforded an additional fourteen (14) days to respond to the Complaint such that the deadline for Penick to file a response is extended to June 10, 2019.

IT IS SO AGREED.

Dated:

| HINSHAW & CULBERTSON LLP | DIEFENBACH LAW GROUP |
|---|---|
| By: */s/Ray Tamaddon* <br> Ray Tamaddon <br> Attorneys for Plaintiff | By: */s/ James Diefenbach* <br> James Diefenbach <br> Attorneys for Penick |

## ORDER

The Court, having considered the stipulation of the Parties and good cause appearing, orders as follows:

The deadline for Penick to file a response is extended to June 10, 2019.

IT IS SO ORDERED.

Dated: **May 31, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

*James River Insurance Company v. Discovery Glass, Inc., et al.*
**Case No. 1:19-cv-00376 LJO-BAM**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Los Angeles, California 90025.

On **May 31, 2019**, I served the document(s) entitled, **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL)**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

☐ **(BY HAND DELIVERY)**: I caused to be delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **May 31, 2019**, at Los Angeles, California.

*Robin Mojica*
Robin Mojica

---

1
CERTIFICATE OF SERVICE  Case No.: 1:19-CV-00376-LJO-BAM

303786128v1 1000190

# SERVICE LIST

*James River Insurance Company v. Discovery Glass, Inc., et al.*
**Case No. 1:19-cv-00376 LJO-BAM**

| | |
|---|---|
| James Diefenbach (SBN 286177)<br>DIEFENBACH LAW GROUP<br>11835 Carmel Mtn. Road, Suite 1304-313<br>San Diego, CA 92128<br>Phone: 858-524-4950<br>Email: James@DiefenbachLawGroup.com | Attorneys for Defendant<br>T.B. PENICK & SONS, INC. |