UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAMES RIVER INSURANCE COMPANY, | Case No. 1:19-cv-00376-LJO-BAM |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT REQUEST TO EXTEND DEADLINE FOR FILING DISPOSITIONAL PAPERS |
| v. | |
| DISCOVERY GLASS, INC., et al., | (Doc. No. 31) |
| Defendants. | |

On December 23, 2019, the parties filed a notice of settlement of this action pursuant to Local Rule 160. (Doc. No. 29.) On December 26, 2019, as requested by the parties, the Court set a deadline of February 7, 2020, to file appropriate papers to dismiss or conclude this action. (Doc. No. 30.) On January 31, 2020, the parties filed a joint request to extend the deadline for filing dispositional papers because a formal settlement agreement has not yet been executed. (Doc. No. 31.) According to the parties, the settlement involves a large number of parties and various "side settlements." The parties have informed by the JAMS mediator who facilitated the settlement that the agreements "are in the process of being drafted." The parties request that the deadline to file dispositive papers be continued for forty-five days.

Pursuant to the stipulation of the parties, and good cause appearing, the deadline to file appropriate papers to dismiss or conclude this action is HEREBY CONTINUED to **March 23,**

**2020.** No further extensions will be granted absent a demonstrated showing of good cause. *See* L.R. 144, 160.

IT IS SO ORDERED.

Dated: **February 3, 2020**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE